# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| David Dwayne Forrest III, | ) | Case No. 1-16-cr-141 |
| Defendant. | ) | |

The Defendant made his initial appearance in the above-captioned case in the Eastern District of California on December 23, 2016. Following the hearing, the federal district court for the Eastern District of California released the Defendant subject to various conditions. (Docket No. 7-2). This court conducted the Defendant's arraignment on January 24, 2017. The court **ORDERS** the Defendant's previous conditions of release be continued.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2017.

>  */s/  Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court